[No. 121.    Decided February 24, 1891.]

HENRY H. CLINE v. J. A. BURRICHTER & CO.

*Appeal from Superior Court, Pierce County.*

John C. Stallcup, and Joseph Sessions, for appellant.

Thad. Huston, and Marshall K. Snell, for appellees.

ANDERS, C. J.—This cause presents for our consideration the identical questions which were involved in *Cline v. Harmon, ante,* p. 155 (just decided by this court), and for the reasons given in the opinion filed in that case, the appeal must be dismissed at the cost of the appellant.

HOYT, DUNBAR, and STILES, JJ., concur.

SCOTT, J., dissents.